# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| CECILIO I. TREVINO III, <br> BRANDEN ROBBINS and <br> AARON J. PERETTI, <br><br>       Plaintiffs <br><br><br> vs. <br><br> BREMEN CASTINGS INC., <br><br>       Defendant | ) <br> ) <br> ) <br> ) **CLASS ACTION COMPLAINT** <br> ) <br> ) **FLSA COLLECTIVE ACTION** <br> ) **COMPLAINT UNDER** <br> ) **29 USC § 216(b)** <br> ) <br> ) CASE NO. 3:18-cv-00271-PPS-MGG <br> ) <br> ) <br> ) <br> ) |

### *JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT*

Plaintiffs Cecilio I. Trevino III ("Trevino"), Branden Robbins ("Robbins"), and Aaron J. Peretti ("Peretti") (collectively, "Plaintiffs") assert claims which relate to the payment of wages to employees of Defendant Bremen Castings Inc. ("Defendant," the "Company," or "BCI") from as early as April 17, 2016 to January 31, 2019. Specifically, the class includes non-exempt, hourly-paid persons employed by Defendant from as early as April 17, 2016 to January 31, 2019 who may have been subject to a practices of failing to pay for all compensable hours worked and for the deduction of the cost of certain personal protective equipment from their paychecks, which resulted in the underpayment of wages. This Joint Motion seeks final certification of the settlement class pursuant to FED. R. CIV. P. 23 (for settlement purposes only); preliminary approval of the Class Action Settlement Agreement and Release (the "Class Action Settlement Agreement"); and approval of the proposed Notice of Class Action Settlement and Hearing and proposed Notice of FLSA Collective Action Settlement (the "Proposed Notices").

The grounds for this motion are more fully discussed in the accompanying Memorandum in Support.

Dated: June 14, 2019

Respectfully submitted,

HASSLER KONDRAS & MILLER LLP

By: /s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr., Attorney No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
Facsimile: (812) 234-2881
kondras@hkmlawfirm.com

THE LAW OFFICE OF ROBERT J. HUNT, LLC

By: /s/Robert J. Hunt
Robert J. Hunt
Attorney No. 30686-49
3091 E. 98th St. Ste. 280
Indianapolis, IN 46280
(317) 706-1100
Facsimile: (317) 623-8503
rob@indianawagelaw.com

***ATTORNEYS FOR PLAINTIFFS***

Lee, Groves & Zalas

By: Alex C. Bowman
Clint A. Zalas, #23202-46
Alex C. Bowman, $33967-71
205 W. Jefferson Blvd., Ste. 502
South Bend, IN 46601
(574) 232-5923
Facsimile: (574) 232-5942
cazalas@lgzlegal.com
acbowman@lgzlegal.com

***ATTORNEYS FOR DEFENDANT***